## No. 7728.

### WIDOW AND HEIRS OF BEAIRD VS. SEMPRONIUS RUSS.

It is the province of the judge to fix the amount of the bond to be given for a devolutive appeal; and where the bond given by appellant is for an amount less than that fixed by the judge, the appeal will be dismissed.

APPEAL from the Seventeenth Judicial District Court, parish of Red River. *Pierson, J.*

### ON MOTION TO DISMISS.

The opinion of the court was delivered by

MARR, J. Defendant, appellee, moves to dismiss, on the ground that the appeal-bond is for a smaller amount than that fixed by the district court in granting the appeal.

Where the judgment is for a sum of money, the law fixes the amount of the bond to be given for a suspensive appeal by the party condemned. C. P. article 575. In all other cases, whether the appeal be suspensive or devolutive, it is the province of the judge to fix the amount. C. P. 574, 576, 578.

In this case plaintiff moved for a devolutive appeal, and, in the order granting it, the judge fixed the amount of the bond at $200. The bond given and filed is for $150. The giving of a bond for the amount fixed is a condition precedent to the perfection of the appeal ; and as that condition has not been complied with, the order of appeal has not become absolute. Glaze vs. Russell, 5 N. S. 238 ; Smith vs. Vanhille, 10 La. 253 ; Duperron vs. Van Wickle, 1 Rob. 324.

The motion must prevail ; and the appeal is accordingly dismissed.